Ford H. Dow, Respondent, *v.* Allen E. Beals et al.,
Appellants.

(Argued June 12, 1933; decided July 11, 1933.)

*George W. Tucker* and *Charles E. Francis* for appellants.
*Alfred L. Becker, Rene A. Wormser* and *Ellwood W. Kemp, Jr.,* for respondent.

Appeal withdrawn on payment of costs on appeal.